THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN
W. FISKE, Respondent, v. ALBERT D. TIETJEN et al.,
as Inspectors of Election of the Fifth District of the
Fifth Ward of the City of Mount Vernon, et al., Respond-
ents, and EDWARD F. BRUSH, Appellant.

*People ex rel. Fiske v. Tietjen,* 182 App. Div. ——, affirmed.
(Argued January 28, 1918; decided February 5, 1918.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered January 25, 1918, which affirmed an order of
Special Term granting a motion for a peremptory writ
of mandamus to compel the inspectors of election of
the fifth district to open their ballot box, take out of it
the unopened envelope containing the ballot of Warren
Diefendorf (a soldier), and deliver the same to the
inspectors of election of the fourth district. The inspect-
ors of election of the fourth district were directed to
reconvene, canvass and make return of the said vote.
The Diefendorf ballot was through error sent to the
fifth district whereas Diefendorf was a resident of the
fourth district. The election inspectors in the fifth
district did not open the Diefendorf envelope but placed
it in the box of voted ballots in an unopened condition,
sealed the ballot box and returned the ballot box thus
sealed to the city clerk of Mount Vernon.

*George H. Taylor, Jr., James H. Cavanaugh* and *J.
Henry Esser* for appellant.

*Arthur M. Johnson, Sydney A. Syme* and *Frank A.
Bennett* for respondents.

Order of Appellate Division affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.